-B/O

FILED
2024 APR -3 PM 12: 52
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA
BY DOVE
IFP Submitted

Name: Rhonda Johnson Pawnell
Address: 5355 Stonehaven Dr #206
Yorba Linda, Ca 92887
Phone: 714-471-5284
Fax:
In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Rhonda Johnson Pawnell

Plaintiff

v.

Sean Combs

Defendant(s).

CASE NUMBER:
8:24-cv-00733-AB-(JDEx)

To be supplied by the Clerk of
The United States District Court

**COMPLAINT**

Sean Combs Bka P Diddy is a High School friend of my cousins.

I met him in the 10th grade and he used to come to parties my cousin would throw when I was a 12 year old and her and my brother were around 15, Sean Combs age.

I passed his Dad's house one day and overheard him talking to people about he needed to finiah an album. I was 18 by then.

He had came around before that but never asked about any music I had written. As a 14 year old girl.

So I showed up over his house to talk to him about some song I was working on. Which was called "WARNING", by THE Notorious BIG. I sampled it and went home to write it up.

Four year later , I never heard anything from him. But I meet him again while recording with Eazy E

I am recording songs with Bone Thugs and Harmony as Eazy called me Harmony Bones because I Harmonized on the songs.

I also recorded the Nicki Minaj Girl version at the time to not overstep the song that I gave to Sean Combs or Sylvester is what we called him in my familys neighborhood.

He shows up out of nowhere and ask me to do more songs. Missing You Faith Evans.

I worked hard on those songs.

The Artist BIG passed away and I just let the song go. Hopefully to his family.

Since then, I have not recieved a royalty payment for any songs that I wrote, no credits, and no royalties.

I have been cut off of all the Digital service providers like the songs did not make any money.

He obviously did not want to pay anyone for anything.

I mailed off a certified letter to his company Bad Boy Ent. in New York and never got the proof of service back.

*Rhonda Johnson Powell* (signature)



